

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2018

No. 04-18-00277-CV

Susan Rebecca **CAMMACK**,
Appellant

v.

**BANK OF AMERICA, N.A.**, Chase Bank, Bank of New York Mellon, Wells Fargo Bank,
Appellees

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 17695B
Honorable Susan Harris, Judge Presiding

# O R D E R

Appellant has filed a notice stating there have been additional trial court proceedings in this case. She also states in her motion that she does not wish to file her brief at this time or file a motion for an extension of time, but "reserves and preserves" her right to file them at a later date after she pursues a motion for new trial.

A supplemental clerk's record has also been filed, and it shows the trial court reconsidered its prior final judgment. The trial court signed a new final judgment on September 16, 2018. In light of the supplemental clerk's record, we construe appellant's September 20, 2018 notice as a new notice of appeal. We therefore take no action on the notice.

Because the complete record on appeal has not been filed, the appellant's brief is not yet due. We **ORDER** that any supplemental volumes of the clerk's record and requested supplemental volumes of the reporter's record be filed within the applicable time periods provided for in Texas Rule of Appellate Procedure 35.1. See Tex. R. App. P. 35.1 (stating the deadline for filing the appellate record is usually 30 days, but when a timely motion for new trial is filed, the deadline is 120 days after the final judgment is signed).

We further **ORDER**, Susan Cammack, to file a notice in this court, by October 17, 2018, stating whether she has filed a motion for new trial in the trial court.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2018.



KEITH E. HOTTLE,
Clerk of Court